IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA D. BAKER                                                                                          PLAINTIFF

v.                                          No. 5:05CV00271 JLH

ERIC CHISOM, Drew County Deputy Sheriff,
in His Individual and Official Capacities; and
MARCIA BRUNER, Drew County Deputy Sheriff,
in Her Individual and Official Capacities                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Opinion entered separately today, judgment is hereby entered in favor of defendants on all counts.

IT IS SO ORDERED this 12th day of July, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE